**Virgil POPESCU, Plaintiff-Appellant,**

**v.**

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; et al., Defendants-Appellees.**

**No. 14-56648**

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 7, 2016

Virgil Popescu, Pro Se

Thomas S. Patterson, Esquire, Supervisory Attorney, California Department of Justice, San Francisco, CA, for Defendants-Appellees California Department of Corrections and Rehabilitation, Bonita

*See* Fed. R. App. P. 34(a)(2).

Stewart, T.K. Ayala, Louie Saldana, Michael Ortiz, Edward Galindo, Kenneth Ford, William Gore

Morris Gerard Hill, Esquire, Office of County Counsel, San Diego, CA, for Defendants-Appellees William Gore and C. Desalme

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Virgil Popescu appeals pro se from the district court's order denying his motion for reconsideration following the dismissal of his 42 U.S.C. § 1983 action alleging federal and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). We affirm.

The district court did not abuse its discretion by denying Popescu's motion for reconsideration because Popescu failed to establish any basis for such relief. *See id.* at 1262–63 (setting forth grounds for reconsideration under Fed. R. Civ. P. 59(e) and 60(b)).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).